UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-000030-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONOVAN DAVE DIXON | ORDER TO SEAL |

On motion of the defendant, Donovan Dave Dixon , and for good cause shown, it is hereby ORDERED that **DE 695** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 25 day of July, 2025.

JAMES C. DEVER III
United States District Court Judge