IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-30-D
No. 7:21-CV-81-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DONOVAN DAVE DIXON, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless defendant's latest motion for compassionate release [D.E. 705]. Cf. [D.E. 498, 499, 500, 520, 547, 570, 571, 573, 595, 674, 700, 706, 707]. Likewise, the court DISMISSES WITHOUT PREJUDICE defendant's motion to set aside judgment [D.E. 709] and motion for judgment [D.E. 710]. Defendant filed one unsuccessful motion under 28 U.S.C. § 2255 and has not received authorization from the United States Court of Appeals for the Fourth Circuit to file these successive motions. Thus, this court lacks jurisdiction to consider them. See, e.g., 28 U.S.C. § 2255(h); Gonzalez v. Crosby, 545 U.S. 524, 534 (2005); United States v. Byers, No. 25-6563, 2026 WL 867905, at *1 (4th Cir. Mar. 30, 2026) (per curiam) (unpublished); Bixby v. Stirling, 90 F.4th 140, 154–56 (4th Cir. 2024); United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003), abrogated on other grounds, United States v. McRae, 793 F.3d 392 (4th Cir. 2015).

SO ORDERED. This _31_ day of March, 2026.

JAMES C. DEVER III
United States District Judge