IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-30-D

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
DONOVAN DAVE DIXON, )
)
Defendant. )

The court DENIES as meritless defendant"s emergency motion for reconsideration [D.E. 713].

SO ORDERED. This 21 day of April, 2026.

JAMES C. DEVER III
United States District Judge