IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-30-D

UNITED STATES OF AMERICA,           )
                                    )
            v.                      )
                                    )        **ORDER**
DONOVAN DAVE DIXON,                 )
                                    )
                Defendant.          )

The court DENIES as meritless defendant's second emergency motion for reconsideration

[D.E. 716].

SO ORDERED. This 12 day of May, 2026.

JAMES C. DEVER III
United States District Judge